UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

BETITIA BARNES,

               Plaintiff,

  - against -                    ORDER

FEDERAL EXPRESS CORP.,           CV 2007-0204 (RRM)(MDG)

               Defendant.
- - - - - - - - - - - - - - - - - -X

    This order addresses defendant's letter motion filed on January 2, 2008 seeking payment of a $200 sanction previously imposed by this Court in an electronic order dated December 11, 2007. In response, counsel for plaintiff seeks reconsideration of the sanction. Plaintiff's request is denied.

    As defendant correctly points out, plaintiff's request for reconsideration is untimely. Moreover, the discovery that this Court directed plaintiff to provide in the December 11th order was the same discovery that plaintiff had previously failed to provide and had been the subject of an earlier motion to compel addressed at a conference on November 20, 2007. Plaintiff not only failed to provide the discovery ordered by November 26, 2007, the first deadline set, she did not respond to defendant's second motion for sanctions. Plaintiff must pay the sanction by February 27, 2008.

    **SO ORDERED.**

Dated:    Brooklyn, New York
          February 5, 2008

                                            /s/_____
                                            MARILYN D. GO
                                            UNITED STATES MAGISTRATE JUDGE